IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, as CHAIRMAN, and GIL CROSTHWAITE, as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT VALTERZA,<br><br>    Defendant._____/ | No. 04-02024 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge James Larson's Report and Recommendation Re Plaintiffs' Motion for Default Judgment. No objections to the report were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED.

Dated: 6/29/05            /s/ CLAUDIA WILKEN
                          CLAUDIA WILKEN
                          United States District Judge